DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ALBERT BRIDGES,**
Appellant,

v.

**VICTORIA B. BRIDGES,**
Appellee.

No. 4D22-2010

[February 2, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Ashley C. Zuckerman and Bradley G. Harper, Judges; L.T. Case No. 50-2019-CA-012486-XXXX-MB.

Henry Quinn Johnson and Alterraon Phillips of APLaw, LLC, Royal Palm Beach, for appellant.

Dennis M. Boyce of Dennis M. Boyce, P.A., Jupiter, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CIKLIN, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***